Opinion issued March 22, 2007






 

 


In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-07-00086-CR

____________


IN RE MICHAEL LAVON GIPSON, Relator






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION

 Relator filed in this Court a pro se petition for writ of mandamus asking that
we order respondent (1) to transmit evidence to the trial court, make evidentiary
findings, and order the trial court to provide copies of the trial court's findings of fact.

 Relator is represented in the trial court on his post conviction DNA motion by
appointed counsel, Jerald Graber. Relator is not entitled to hybrid representation. 
In re Cooks, No. 06-04-00053-CV, slip op. at 2, 2004 WL 905958
(Tex. App.--Texarkana Apr. 29, 2004, orig. proceeding); Gray v. Shipley,
877 S.W.2d 806 (Tex. App.--Houston [1st Dist.] 1994, orig. proceeding); Rudd v.
State, 616 S.W.2d 623, 625 (Tex. Crim. App. 1981). 

PER CURIAM

Panel consists of Chief Justice Radack, and Justices Jennings and Bland.

Do not publish. Tex. R. App. P. 47.2(b).
1. Respondent is Charles Rosenthal, Jr., District Attorney for Harris County,
Texas